UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00588

**Veronica Warren,**
*Plaintiff,*

v.

**Muggle Towing, LLC et al.,**
*Defendants.*

Before BARKER, *District Judge*

### ORDER

Plaintiff filed a complaint alleging false imprisonment, violations of various debt collection statutes, and violation of the Texas repossession statute. Doc. 1. Defendant Credit Acceptance Corporation filed a motion to enforce arbitration and motion to dismiss. Doc. 9. All parties agree that arbitration is proper, but they disagree as to dismissal. Docs. 26, 27, 28, 29. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b).

On April 30, 2020, the magistrate judge issued a report, recommending that the action be compelled to arbitration pursuant to the parties' arbitration agreement and that the action be stayed pending the results of arbitration. Doc. 30. No written objections have been filed. Here, there is no clear error, and therefore, the magistrate judge's report and recommendation is **adopted** as the opinion of the court. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc) (cleaned up).

The court **grants** defendant's motion to compel arbitration and **denies** the motion to dismiss. Doc. 9. This action is **stayed** pending resolution of arbitration. All other pending motions are **denied as moot**.

*So ordered by the court on May 21, 2020.*

_____
J. CAMPBELL BARKER
United States District Judge